**Order entered May 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00345-CV

**ALICE LINDSEY PEACOCK, EXECUTOR OF THE ESTATE OF JANE O. LINDSEY, DECEASED, ET AL., Appellants**

**V.**

**JACKSON WALKER, L.L.P., Appellee**

**On Appeal from the 348th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 348-311705-19**

### ORDER

Before the Court is the parties' May 21, 2021 joint motion to abate. The parties have reached a tentative settlement agreement and seek a short abatement to complete the settlement process. We **GRANT** the motion. We **ORDER** the parties to file either a motion to dismiss or a status report on or before **June 14, 2021**. We **ABATE** the appeal. It will be reinstated no later than **June 15, 2021**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE